JOHN C. KIRKE, #175055
jkirke@donahue.com
HAYLEY M. LENAHAN, #343528
hlenahan@donahue.com
MEGAN C. CRONIN, #363603
mcronin@donahue.com
DONAHUE FITZGERALD LLP
Attorneys at Law
1999 Harrison Street, 26th Floor
Oakland, California  94612-3520

Telephone:     (510) 451-3300
Facsimile:      (510) 451-1527

Attorneys for Defendants
James Dale MacDougall, Candace
Leong, Jeffrey Jake Barlow,
Cherise MacDougall, Joshua
Julien, Patriot Restoration Systems,
Inc. and Patriot Restoration Ops

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CALIFORNIA DEER ASSOCIATION, A CALIFORNIA NONPROFIT PUBLIC BENEFIT CORPORATION<br><br>Plaintiff,<br><br>v.<br><br>JAMES DALE MACDOUGALL, CANDACE LEONG, JEFFREY JAKE BARLOW, CHERISE MACDOUGALL, JOSHUA JULIEN, PATRIOT RESTORATION SYSTEMS, INC. PATRIOT RESTORATION OPS, and DOES 1-25,<br><br>Defendants. | Case No. 2:26-cv-01186-TLN-DMC<br><br>**STIPULATION AND ORDER REGARDING SERVICE OF PROCESS AND UNIVERSAL DEADLINE TO RESPOND TO COMPLAINT** |

WHEREAS, Plaintiff California Deer Association, a California nonprofit public benefit corporation, ("Plaintiff") filed a Verified Complaint (the "Complaint") against James Dale MacDougall, Candace Leong, Jeffrey Jake Barlow, Cherise MacDougall, Joshua Julien, Patriot Restoration Systems, Inc., and Patriot Restorations OPS (together, "Defendants") in the Shasta County Superior Court on May 30, 2025, titled *California Deer Association v. James Dale MacDougall, et al.*, Case No. 207802 (the "Action");

WHEREAS, substituted service on defendant Candace Leong was effected on March 16, 2026;

WHEREAS, defendant Joshua Julien was served on March 2, 2026;

WHEREAS, defendant Jeffrey Jake Barlow was served on March 12, 2026;

WHEREAS, defendant Cherise MacDougall was served on March 19, 2026;

WHEREAS, this Action was removed to this Court on March 27, 2026;

WHEREAS, pursuant to Rule 81(c)(2) of the Federal Rules of Civil Procedure, the response to the Action is due "within the longest of these periods: (A) 21 days after receiving—through service or otherwise—a copy of the initial pleading stating the claim for relief; (B) 21 days after being served with the summons for an initial pleading on file at the time of service; or (C) 7 days after the notice of removal is filed";

WHEREAS, counsel for Defendants have agreed to accept service on behalf of defendants James Dale MacDougall, Patriot Restoration Systems, Inc., and Patriot Restorations OPS;

WHEREAS, Plaintiff and Defendants have agreed, subject to the Court's approval, that all Defendants shall respond to the Complaint by April 20, 2026;

NOW THEREFORE the parties stipulate:

(1)    Candace Leong was served by substituted service, effected on March 16, 2026;

(2)    Joshua Julien was served on March 2, 2026;

(3)    Jeffrey Jake Barlow was served on March 12, 2026;

(4)    Cherise MacDougall was served on March 19, 2026;

(5)    Defendants have accepted service on behalf of defendants James Dale MacDougall, Patriot Restoration Systems, Inc., and Patriot Restorations OPS; and

1

(3)     the deadline for Defendants to respond to the Complaint to April 20, 2026.

Dated: March 31, 2026                    DARYL REESE LAW GROUP PC


By: /s/ Robert Peter Weiss
_____
Robert Peter Weiss (SBN 118842)
Daryl J. Reese (*Admission to E.D. Cal - Pending*)
(SBN 298780)
Attorneys for Plaintiff
CALIFORNIA DEER ASSOCIATION


Dated: April 1, 2026                     DONAHUE FITZGERALD LLP


By: */s/ Hayley M. Lenahan*
_____
John C. Kirke
Hayley M. Lenahan
Megan C. Cronin
Attorneys for Defendants
JAMES DALE MACDOUGALL, CANDACE
LEONG, JEFFREY JAKE BARLOW, CHERISE
MACDOUGALL, JOSHUA JULIEN, PATRIOT
RESTORATION SYSTEMS, INC., and PATRIOT
RESTORATION OPS

## ORDER

Based on the foregoing stipulation of the parties, IT IS HEREBY ORDERED THAT the deadline for Defendants to respond to the Complaint to April 20, 2026.

IT IS SO ORDERED.

Dated:  April 1, 2026                    _____
Troy L. Nunley
Chief United States District Judge

- 2 -